FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

TRACI L.,

   v.

COMMISSIONER OF SOCIAL SECURITY,

   Defendant.

No. 1:18-CV-3185-JTR

ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 18. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Brett E. Eckelberg represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7. After considering the file and proposed order, **IT IS ORDERED:**

1.  The parties' Stipulated Motion for Remand, **ECF No. 18**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) will hold a *de novo* hearing, further develop the record as necessary, and issue a new decision. The ALJ shall:
(1) further develop the record in order to obtain the documents related to the state agency determination at the reconsideration level and as otherwise needed;
(2) reevalaute Plaintiff's obesity pursuant to Social Security Ruling 02-1p;
(3) reassess Plaintiff's residual functional capacity (RFC) in light of the opinion

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

evidence, including the medical opinion evidence by treating and nontreating sources; (4) reassess other steps of the sequential evaluation process in light of the new RFC; and (5) as warranted, obtain evidence from a medical expert and/or a vocational expert. Plaintiff may present additional testimony and submit additional evidence.

2. **Judgment shall be entered for PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 13**, is **STRICKEN AS MOOT**.

4. An application for attorney fees and costs may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED May 21, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2